

# THE STATE OF TEXAS
## MANDATE

TO THE 76TH DISTRICT COURT OF MORRIS COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 9th day of April, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

| | |
|---|---|
| Rashad Lee, Appellant | No. 06-14-00112-CR |
| v. | Trial Court No. 10,947CR |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find no error related to the judgment of conviction entered in this matter. Because we lack jurisdiction to hear appellant's point of error concerning the trial court's Order to Withdraw Funds, we dismiss his second point of error for want of jurisdiction.

We note that the appellant, Rashad Lee, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 14th day of October, A.D. 2015.

DEBRA K. AUTREY, Clerk

Debbie Autrey